In the United States District Court for the Western District of the United States

Brian G. Oatman #2097131 : Declaration of
 v.
Brian Collier, Exec Dir. TDCJ : Brian G. Oatman

Brian G. Oatman hereby declares

That this is the absolutely most dangerous ~~structure~~ prison Unit I have been to because of the staff's operating a drug ring with Gang Members who "unofficially" run this Unit. I am in mortal danger & do fear for my safety for filing this Temporary Restraining Order. You need to know that I was sent to this Unit in retaliation for trying to file this suit in January and for filing a sexual harrassment complaint with Safe prisons. I was sent here to prevent me from getting my complaints to the Courts. I do not even have a desk to do legal work at and the law librarian's Computer is not "Connected" to the System". Our Unit Library is Outdated & way too small. I cannot do legal work under these circumstances.
I originally sent my typed Complaint out from the Allred Unit in January without the 6 month Trust Fund Statement because the Library refused to answer my requests & I was locked in my cell with Zero access to these Courts except for my Jailhouse Lawyer's Handbook which gave me the wrong address of 200 W. 8th St. Room 130 Austin, TX 78701. After sending this out, it was

Pg 1

returned to me while I was stuck in the Ice Storm at the Robertson Unit and severely dehydrated with no glasses to read with because I had been pepper sprayed at Allred & had all of my property taken from me by C.O. Burross. I ended up suffering a "Brief Psychotic Episode" due to harsh conditions and staff assaulting me. I was sent out from the Robertson Unit in Crisis Management which means staff at that Unit were supposed to pack up my belongings. My complaint was left at the Robertson Unit & what I'm submitting is my back up handwritten copy. It is now a year older & I have suffered extensive amounts of irreparble mentally, physically & legally. If you do not grant my request for a Temporary Restraining Order I will not be able to complete this 2 yrs worth of work.

I need the Court to Appoint Counsel for me to be able to retrieve some of the evidence TDCJ has destroyed, such as my original Grievances & supporting documents which show my attempts to obtain legal assistance.

My mental health has declined to the point at which I am not able to continue on my own. If this Court does not act and grant me relief, I will not recover.

Pg 2.

I declare under Penalty of Perjury that the foregoing is true & correct. Executed at the Willacy Unit on December 15, 2021

X _____
Brian G. Oatman #2097131