```
Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100040847
Cashier ID: rnieto
Transaction Date: 03/17/2022
Payer Name: TDCJ
------------------------------
PLRA CIVIL FILING FEE
 For: BRIAN G. OATMAN
 Case/Party: D-TXW-1-21-CV-001177-001
 Amount:       $246.02
PLRA CIVIL FILING FEE
 For: BRIAN G. OATMAN
 Case/Party: D-TXW-1-21-CV-001177-001
 Amount:       $20.00
------------------------------
PAPER CHECK
 Check/Money Order Num: 791019
 Amt Tendered:  $266.02
------------------------------
Total Due:       $266.02
Total Tendered: $266.02
Change Amt:      $0.00

IPFF $246.02 PAID IN FULL
```